Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
February 24, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 23, 2010

_____
**RANDALL J. NEWSOME**
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Luis Garcia

Debtors(s)

Chapter 13 Case Number:
09-72398-RN 13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL**

Upon Consideration of the declaration dated February 22, 2010 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this court attesting that no response has been received from the debtor(s) and more than twenty (20) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

| | COURT SERVICE LIST |
|---|---|
| Luis Garcia<br>14359 Cohassette St<br>Van Nuys, CA 91405 | Holland Law Firm<br>1970 Broadway St #1030<br>Oakland, CA 94612 |
| (Debtor(s)) | (Counsel for Debtor) |

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: pwright              Page 1 of 1               Date Rcvd: Feb 25, 2010
Case: 09-72398                Form ID: pdfeoc            Total Noticed: 11
```

The following entities were noticed by first class mail on Feb 27, 2010.
```
db           +Luis Garcia,   14359 Cohassette St.,   Van Nuys, Ca 91405-1429
cr           +GMAC Mortgage, LLC as servicer for LaSalle Bank, N,   Jonathan J Damen,
              Routh Crabtree Olsen, PS,   505 N. Tustin Ave. Ste 243,   Santa Ana, CA 92705-3735
cr           +Imax Holdings, LLC,   c/o Law Offices of Mary E. Tang,   111 Deerwood Rd. Ste 388,
              San Ramon, CA 94583-1551
10573268      Citibank,   PO BOX 769013,   San Antonio, TX 78245-9013
10603314     +GMAC,   P.O. Box 130424,   Roseville, MN 55113-0004
10573270      GMAC,   PO BOX 380901,   Bloomington, MN 55438-0901
10573267      GMAC,   PO BOX 79135,   Phoenix, AZ 85062-9135
10640483     +GMAC Mortgage, LLC as servicer for,   LaSalle Bank, N.A.,   Attn: Payment Processing,
              3451 Hammond Avenue,   Waterloo, IA 50702-5345
10682020     +Sterling Inc. dba Kay Jewelers,   c/o Weltman, Weinberg & Reis, Co., LPA,   965 Keynote Circle,
              Brooklyn Hts, OH 44131-1829
10573269      Washington Mutual/Chase,   PO BOX 1093,   Northridge, CA 91328
```
The following entities were noticed by electronic transmission on Feb 25, 2010.
```
cr            E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2010 00:51:27     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2010**                         **Signature:**     *Joseph Speetjens*