**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Luis Garcia | Case No.: 09−72398 RN 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 2/26/10 dismissing the above−captioned case.

Dated: 2/26/10

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 21

# CERTIFICATE OF NOTICE

```
District/off: 0971-4           User: tleyba             Page 1 of 1               Date Rcvd: Feb 26, 2010
Case: 09-72398                 Form ID: DOC             Total Noticed: 15
```

The following entities were noticed by first class mail on Feb 28, 2010.
```
db            +Luis Garcia,   14359 Cohassette St.,   Van Nuys, Ca 91405-1429
smg            CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                 Sacramento, CA  94280-0001
smg           +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg           +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
cr            +GMAC Mortgage, LLC as servicer for LaSalle Bank, N,   Jonathan J Damen,
                 Routh Crabtree Olsen, PS,   505 N. Tustin Ave. Ste 243,   Santa Ana, CA 92705-3735
cr            +Imax Holdings, LLC,   c/o Law Offices of Mary E. Tang,   111 Deerwood Rd. Ste 388,
                 San Ramon, CA 94583-1551
10573268       Citibank,   PO BOX 769013,   San Antonio, TX 78245-9013
10573267       GMAC,   PO BOX 79135,   Phoenix, AZ 85062-9135
10640483      +GMAC Mortgage, LLC as servicer for,   LaSalle Bank, N.A.,   Attn: Payment Processing,
                 3451 Hammond Avenue,   Waterloo, IA 50702-5345
10682020      +Sterling Inc. dba Kay Jewelers,   c/o Weltman, Weinberg & Reis, Co., LPA,   965 Keynote Circle,
                 Brooklyn Hts, OH 44131-1829
10573269       Washington Mutual/Chase,   PO BOX 1093,   Northridge, CA 91328
```
The following entities were noticed by electronic transmission on Feb 26, 2010.
```
smg            EDI: CALTAX.COM Feb 26 2010 20:13:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
cr             EDI: RMSC.COM Feb 26 2010 20:08:00      GE Money Bank,   c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
10573270       EDI: GMACFS.COM Feb 26 2010 20:08:00      GMAC,   PO BOX 380901,   Bloomington, MN 55438-0901
10603314      +EDI: GMACFS.COM Feb 26 2010 20:08:00      GMAC,   P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                                TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2010                Signature:   *Joseph Speetjens*